UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

Docket No. CV- 05-1596

George Boyce                          **Plaintiff**         District Court Judge: Judge Trager
                                                            Magistrate Judge: Judge Wall

-against-

Allied Interstate, Inc. and Jane Doe   **Defendants**                Proposed
                                                                Case Management and
                                                                Scheduling Order
_____ X

The Plaintiff and Defendant propose the following Case Management and Scheduling Order:

### DEADLINES AND COURT APPEARANCES:

Automatic Disclosures due by: ............................. _____

First Request for Production of
Documents or Request for Interrogatories due by: ............8/20/05

Deadline for Joinder of Additional Parties and
Amendment of Pleadings: ........................................1/25/06

2. Status Conference: ............................................1/20/06

Fact discovery completed and expert designations by: .......2/20/06

Pretrial order to be filed by: ......................................4/15/06

Expert reports exchanged by: ....................................3/1/06

Expert discovery completed: .....................................3/25/06

Pretrial Conference: ................................................5/15/06

Dispositive motion process started by:......................... 3/15/06

_____                    8/10/05
Joseph Mauro, Esq. (JM 8295)                 Date
For Plaintiff

_____                    08/10/05
Jeffrey S. Ettenger, Esq. (JE 2517)           Date
For Defendants

UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Docket No. CV- 05-1596

George Boyce

                     **Plaintiff**

District Court Judge: Judge Trager
Magistrate Judge: Judge Wall

-against-

Allied Interstate, Inc. and Jane Doe

                     **Defendants**

Proposed
Case Management and
Scheduling Order

_____X

The Plaintiff and Defendant propose the following Case Management and Scheduling Order:

### DEADLINES AND COURT APPEARANCES:

Automatic Disclosures due by: ............................. _____

First Request for Production of
Documents or Request for Interrogatories due by: ............8/20/05

Deadline for Joinder of Additional Parties and
Amendment of Pleadings: ........................................1/25/06

2. Status Conference: ............................................1/20/06

Fact discovery completed and expert designations by: ........2/20/06

Pretrial order to be filed by: ......................................4/15/06

Expert reports exchanged by: ....................................3/1/06

Expert discovery completed: ....................................3/25/06

Pretrial Conference: ...............................................5/15/06

Dispositive motion process started by:......................... 3/15/06

_____      8/10/05
Joseph Mauro, Esq. (JM 8295)      Date
For Plaintiff

_____      08/10/05
Jeffrey S. Ettenger, Esq. (JE 2517)      Date
For Defendants